IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRADY WELLS HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-1262-C |
| | ) | |
| MRS. T. PULLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on December 22, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.[*] Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 9) of the Magistrate Judge is adopted and, and, for the reasons announced therein, Claim Three of Plaintiff's Complaint is dismissed with prejudice. Claims One and Two of Plaintiff's Complaint are dismissed, without prejudice, for failure to state a claim upon which relief can be granted. Plaintiff may amend the Complaint within 21 days to cure the defects.

IT IS SO ORDERED this 26th day of January, 2017.

ROBIN J. CAUTHRON
United States District Judge

---

[*]Although the Report and Recommendation mailed to Plaintiff was returned as undeliverable, no other address has been provided by him as required by LCvR5.4: "Papers sent by the court will be deemed delivered if sent to the last known address given to the court."